Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANVILLE HENRY, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>GEM RECOVERY SYSTEMS LLC and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 2:20-cv- 20262-KSH-CLW<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: February 18, 2021

*s/ Brian R. Donnelly*
Brian R. Donnelly Esq.
913 Route 23
PO Box 275
Pompton Plains, NJ 07444
Telephone (973) 839-0300
BRD@DONNELLYNJLLAW.COM
Attorneys for Defendant
Dated: February 18, 2021

SO ORDERED this day of February 19, 2021
s/Katharine S. Hayden
Hon. Katharine S. Hayden
United States District Judge